| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | PETER THOMPSON, HI 5890 |
| | Acting Regional Chief Counsel, Region IX |
| 3 | ELIZABETH LANDGRAF, CSBN 313184 |
| | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (510) 970-4828 |
| 6 |     Facsimile: (415) 744-0134 |
| |     Elizabeth.Landgraf@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRACY ANN NAVARRETTE, | No. 1:21-cv-01468-BAM |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED by and between Plaintiff and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge ("ALJ") for a new decision and instruct the ALJ to re-evaluate the evidence of record.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted this 11th day of July 2022.

Respectfully submitted,

Dated: July 11, 2022     */s/ Melissa Newel\**
(*as authorized via e-mail on July 11, 2022)
MELISSA NEWEL
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: July 11, 2022     By:   */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:   **July 12, 2022**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE