1  Melissa Newel (CABN#148563)
2  NEWEL LAW
   2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com
   Attorney for Plaintiff
5  TRACY ANN NAVARRETTE

6
   PHILLIP A. TALBERT
7  United States Attorney
   PETER K. THOMPSON
8  Acting Regional Chief Counsel, Region IX
   ELIZABETH LANDGRAF
9  Social Security Administration
   Assistant United States Attorney
10 160 Spear Street, Suite 800
   San Francisco, CA  94105
11 (510) 970-4828
12 elizabeth.landgraf@ssa.gov
   Attorneys for Defendant
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17  TRACY ANN NAVARRETTE,                  No.  1:21-CV-01468 (BAM)

18         Plaintiff,

19     v.                                  **STIPULATION AND [PROPOSED]
                                           ORDER FOR AWARD AND PAYMENT
20  KILOLO KIJAKAZI,                       OF ATTORNEYS FEES AND EXPENSES
    ACTING COMMISSIONER OF                 PURSUANT TO THE EQUAL ACCESS TO
21  SOCIAL SECURITY,                       JUSTICE ACT (28 U.S.C. §2412(d)) AND 28
                                           U.S.C. §1920**
22         Defendant.

23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Tracy Ann Navarrette ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of four thousand nine hundred and seventy-three dollars and eight cents ($4,973.08) and costs, in the amount of four hundred and two dollars ($402.00), pursuant to 28 U.S.C. §1290. This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action and associated costs, in accordance with 28 U.S.C. §2412 (d) and 28 U.S.C. §1290.

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

///

///

///

///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: July 25, 2022                NEWEL LAW

By:  *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
TRACY ANN NAVARRETTE

Dated: July 25, 2022                PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  Elizabeth Landgraf*
ELIZABETH LANDGRAF
(*Authorized by email dated 07/25/2022)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation for the award and payment of attorneys' fees and expenses ("Stipulation"), IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **four thousand nine hundred seventy-three dollars and eight cents ($4,973.08)** and costs in the amount of **four hundred two dollars ($402.00)** be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **July 26, 2022**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE